IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

---

| | | |
|---|---|---|
| SVENSKA CELLULOSA AKTIEBOLAGET SCA (publ) and SCA HYGIENE PRODUCTS SE, | : : : : | |
| Plaintiffs, | : : | Civil Action No.: 1:14-cv-02166-TWT |
| -against- | : : | |
| KIMBERLY-CLARK CORPORATION and JÖRG BIEBERNICK, | : : : | |
| Defendants. | : | |

---

**ATTORNEY JOHN R. AUTRY'S ENTRY OF APPEARANCE ON BEHALF OF PLAINTIFFS AND REQUEST FOR ELECTRONIC NOTICES**

COMES NOW Attorney John R. Autry of the law firm Smith Gambrell & Russell LLP, and hereby submits his Entry of Appearance on behalf of Plaintiffs SVENSKA CELLULOSA AKTIEBOLAGET SCA (publ) and SCA HYGIENE PRODUCTS SE (collectively, "Plaintiffs") and hereby notifies the Court and all counsel of record in this matter of his appearance as counsel of record on behalf of Plaintiffs. Attorney Autry hereby requests electronic notice and service of all orders, papers, pleadings and documents filed in this matter.

[*signature on following page*]

Respectfully submitted this 16th day of July, 2014.

**SMITH, GAMBRELL & RUSSELL, LLP**
1230 Peachtree Street, N.E.
Suite 3100, Promenade II
Atlanta, Georgia  30309-3592
(404) 815-3500 (telephone)
(404) 815-3509 (facsimile)
jautry@sgrlaw.com

/s/ *John R. Autry*
John R. Autry
Georgia Bar No. 029029

Attorneys for Plaintiffs