# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:14-cv-02166-TWT
### Svenska Cellulosa Aktiebolaget SCA (publ) et al v. Kimberly-Clark Corporation et al
### Honorable Thomas W. Thrash, Jr.

Minute Sheet for proceedings held In Chambers on 07/18/2014.

TIME COURT COMMENCED: 10:45 A.M.
TIME COURT CONCLUDED: 11:05 A.M.      COURT REPORTER: Susan Baker
TIME IN COURT: 0:20                    DEPUTY CLERK: Sheila Sewell
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Julius Lunsford representing SCA Hygiene Products SE
Julius Lunsford representing Svenska Cellulosa Aktiebolaget SCA (publ)
** Taleah Jennings representing plaintiffs Chris Galinick, John Bush representing Kimberly-Clark Corporation, defendant |
| PROCEEDING CATEGORY: | Motion Hearing(Motion Hearing Non-evidentiary); |
| MOTIONS RULED ON: | [5]Motion for Discovery GRANTED IN PART & DENIED IN PART |
| MINUTE TEXT: | The Court heard from counsel and granted in part and denied in part plaintiffs' Motion for Expedited Discovery as it pertains to their Motion for Preliminary Injunction. Parties to serve any production of document requests by 4:00 p.m. Monday any responses due within 30 days. Parties may take up to 2 depositions 30 days after receipt of documents requested. After depositions taken parties directed to contact Ms. Sewell to schedule hearing on motion for preliminary injunction. Because parties failed to follow the Court's instructions on how to conduct the telephone hearing NO FURTHER MATTERS WILL BE ALLOWED BY TELEPHONE. ALL MATTERS WILL BE IN PERSON BEFORE THE COURT.
Ms. Jennings to prepare order have approved as to form by Mr. Galinick and submit to the Court for signature. |

HEARING STATUS:  Hearing Concluded