# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SVENSKA CELLULOSA AKTIEBOLAGET SCA (publ) and SCA HYGIENE PRODUCT GmbH (f/k/a SCA HYGIENE PRODUCTS SE),<br><br>    Plaintiffs<br><br>v.<br><br>KIMBERLY-CLARK CORPORATION, KIMBERLY-CLARK GLOBAL SALES, LLC, and JÖRG BIBERNICK<br><br>    Defendants | Civil Action No.<br>1:14-cv-02166-TWT |

## NOTICE OF APPEARANCE

John C. Bush of Bryan Cave LLP hereby notifies the Court, the Clerk of Court, and opposing counsel of his appearance as counsel for Kimberly-Clark Corporation and Kimberly-Clark Global Sales, LLC (collectively "Kimberly-Clark"), Defendants in this action.

Respectfully submitted, this 21st day of July, 2014.

/s/ John C. Bush
Christopher P. Galanek
Georgia Bar No. 282390
chris.galanek@bryancave.com
John C. Bush

1

Georgia Bar No. 413159
john.bush@bryancave.com

BRYAN CAVE LLP
One Atlantic Center, Fourteenth Floor
1201 W. Peachtree St., N.W.
Atlanta, GA 30309
Telephone: 404-572-6600
Facsimile: 404-572-6999

*Attorneys for Kimberly-Clark Corporation
and Kimberly-Clark Global Sales, LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SVENSKA CELLULOSA AKTIEBOLAGET SCA (publ) and SCA HYGIENE PRODUCT GmbH (f/k/a SCA HYGIENE PRODUCTS SE),<br><br>    Plaintiffs<br><br>v.<br><br>KIMBERLY-CLARK CORPORATION, KIMBERLY-CLARK GLOBAL SALES, LLC, and JÖRG BIBERNICK<br><br>    Defendants | Civil Action No.<br>1:14-cv-02166-TWT |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system, which will send notice to counsel of record.

This 21st day of July, 2014.

        /s/ John C. Bush
        John C. Bush
        Georgia Bar No. 413159
        john.bush@bryancave.com