# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| SVENSKA CELLULOSA AKTIEBOLAGET SCA (publ) and SCA HYGIENE PRODUCT GmbH (f/k/a SCA HYGIENE PRODUCTS SE), | ) ) ) ) ) | |
| Plaintiffs | ) ) | |
| v. | ) ) | Civil Action No. 1:14-cv-02166-TWT |
| KIMBERLY-CLARK CORPORATION, KIMBERLY-CLARK GLOBAL SALES, LLC, and JÖRG BIBERNICK | ) ) ) ) | |
| Defendants | ) ) | |

## CERTIFICATE OF SERVICE

On this date, I served Defendant Kimberly-Clark's First Set of Requests For Production to Plaintiffs on opposing counsel for Plaintiffs via email, which is an agreed method for the parties to serve discovery requests.

Respectfully submitted this 21st day of July 2014.

/s/ Christopher P. Galanek
Christopher P. Galanek
Georgia Bar No. 282390
chris.galanek@bryancave.com
John C. Bush
Georgia Bar No. 413159
john.bush@bryancave.com

1

6366570.1

BRYAN CAVE LLP
One Atlantic Center, Fourteenth Floor
1201 West Peachtree Street, NW
Atlanta, Georgia 30309-3488
Telephone:   (404) 572-6600
Facsimile:   (404) 572-6999

*Attorneys for Kimberly-Clark Corporation
and Kimberly-Clark Global Sales, Inc.*

2

6366570.1