IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SVENSKA CELLULOSA AKTIEBOLAGET SCA (publ) and SCA HYGIENE PRODUCT GmbH (f/k/a SCA HYGIENE PRODUCTS SE),<br><br>    Plaintiffs<br><br>v.<br><br>KIMBERLY-CLARK CORPORATION, KIMBERLY-CLARK GLOBAL SALES, LLC, and JÖRG BIBERNICK<br><br>    Defendants | Civil Action No.<br>1:14-cv-02166-TWT |

## DEFENDANTS' ACKNOWLEDGEMENT OF SERVICE

I, Christopher P. Galanek, as attorney for Defendants Kimberly-Clark Corporation, Kimberly-Clark Global Sales, and, for the limited purpose of accepting service, Joerg Biebernick, state that I am authorized to, and do hereby, acknowledge service of the Summons and Amended Complaint in this action on behalf of the Defendants, effective as of July 21, 2014. By acknowledging service of process and otherwise waiving the requirements of service in the manner provided by Federal Rule of Civil Procedure 4, Defendants do not waive, and expressly retain all defenses and objections to Plaintiff's Amended Complaint and

1

6366864.1

to the jurisdiction and venue of the Court except for objections solely as to the sufficiency of process and service of process.

Respectfully submitted this 21st day of July, 2014.

_____
Christopher R. Galanek
Georgia Bar No. 282390
chris.galanek@bryancave.com
John C. Bush
Georgia Bar No. 413159
john.bush@bryancave.com

BRYAN CAVE LLP
One Atlantic Center, Fourteenth Floor
1201 West Peachtree Street, NW
Atlanta, Georgia 30309-3488
Telephone:  (404) 572-6600
Facsimile:   (404) 572-6999

*Attorneys for Kimberly-Clark Corporation, Kimberly-Clark Global Sales, Inc., and (for accepting service only) Joerg Biebernick.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SVENSKA CELLULOSA AKTIEBOLAGET SCA (publ) and SCA HYGIENE PRODUCT GmbH (f/k/a SCA HYGIENE PRODUCTS SE),<br><br>    Plaintiffs<br><br>v.<br><br>KIMBERLY-CLARK CORPORATION, KIMBERLY-CLARK GLOBAL SALES, LLC, and JÖRG BIBERNICK<br><br>    Defendants | Civil Action No.<br>1:14-cv-02166-TWT |

## **CERTIFICATE OF SERVICE**

On this date, I served Defendants' Acknowledgement of Service on opposing counsel for Plaintiffs via email, which is an agreed method for the parties to serve papers, and via filing with the Clerk of Court, which will send an email notification to all attorneys of record.

1

6366864.1

Respectfully submitted this 21st day of July, 2014.

_____
Christopher P. Galanek
Georgia Bar No. 282390
chris.galanek@bryancave.com
John C. Bush
Georgia Bar No. 413159
john.bush@bryancave.com

BRYAN CAVE LLP
One Atlantic Center, Fourteenth Floor
1201 West Peachtree Street, NW
Atlanta, Georgia 30309-3488
Telephone:  (404) 572-6600
Facsimile:   (404) 572-6999