IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SVENSKA CELLULOSA AKTIEBOLAGET SCA (publ) and SCA HYGIENE PRODUCT GmbH (f/k/a SCA HYGIENE PRODUCTS SE), | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO.: 1:14-CV-02166-TWT |
| KIMBERLY-CLARK CORPORATION, KIMBERLY-CLARK GLOBAL SALES, LLC, and JÖRG BIEBERNICK, | ) ) ) ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2014, pursuant to Fed. R. Civ. P. 5(b)(2)(E), I served by electronic means a copy of Plaintiffs' First Set of Document Requests to Defendant Jörg Biebernick on present service counsel for Jörg Biebernick, Christopher P. Galanek, chris.galanek@bryancave.com, and John C. Bush, john.bush@bryancave.com, both of whom consented in writing to such means of service.

[Signature on Next Page]

SGR/12190276.2

*s/ J Rodgers Lunsford III*
J. Rodgers Lunsford III
Smith, Gambrell & Russell LLP
Suite 3100 Promenade
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309-3592
404-815-3628 (phone)
404-685-6928 (facsimile)
rlunsford@sgrlaw.com

*Counsel for Plaintiffs Svenska Cellulosa Aktiebolaget SCA (publ) and SCA Hygiene Product GmbH (f/k/a SCA Hygiene Products SE)*

2