IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SVENKSA CELLULOSA AKTIEBOLAGET SCA (publ) and SCA SCA HYGIENE PRODUCTS GmbH (f/k/a SCA HYGIENE PRODUCTS SE),<br><br>Plaintiffs,<br><br>v.<br><br>KIMBERLY-CLARK CORPORATION, KIMBERLY-CLARK GLOBAL SALES, LLC, and JÖRG BIEBERNICK,<br><br>Defendants. | CIVIL ACTION FILE<br><br>NO. 1:14-CV-02166-TWT |

## NOTICE OF APPEARANCE OF COUNSEL

Lucas A. Westby, an associate with the firm of Nelson Mullins Riley & Scarborough LLP, hereby enters this Notice of Appearance of Counsel on behalf of Defendant Jörg Biebernick. Mr. Biebernick expressly reserves and does not waive his ability to answer, move, or otherwise respond and reserves any and all defenses to this matter. Mr. Westby should receive all future notices in this matter.

Respectfully submitted this 28th day of July, 2014.

*s/ Lucas A. Westby*
Stephen M. Brooks
Georgia Bar No. 085151
E-mail: stephen.brooks@nelsonmullins.com
Lucas A. Westby
Georgia Bar No. 594008
E-Mail: lucas.westby@nelsonmullins.com
Jessica Rutledge
Georgia Bar No. 760076
E-Mail: jessica.rutledge@nelsonmullins.com

NELSON MULLINS RILEY &
SCARBOROUGH LLP
201 17th Street, NW
Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (facsimile)

*Attorneys for Jörg Biebernick*

## CERTIFICATE OF SERVICE

I certify that on July 28, 2014, the foregoing *Notice of Appearance of Counsel* was electronically filed via CM/ECF, which will automatically send notice to the following counsel of record:

J. Rodgers Lunsford III
rlunsford@sgrlaw.com
John Robert Autry
jautry@sgrlaw.com
Smith, Gambrell & Russell LLP
Suite 3100 Promenade
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309-3592

Ronald Richman
ronald.richman@srz.com
Taleah E. Jennings
taleah.jennings@srz.com
Schulte Roth & Zabel, LLP
919 Third Avenue
New York, NY 10022

Christopher P. Galanek
chris.galanek@bryancave.com
John C. Bush
john.bush@bryancave.com
BRYAN CAVE LLP
One Atlantic Center, Fourteenth Floor
1201 West Peachtree Street, NW
Atlanta, Georgia 30309-3488

*s/ Lucas A. Westby*
Lucas A. Westby
Georgia Bar No. 594008
E-Mail: lucas.westby@nelsonmullins.com
NELSON MULLINS RILEY &
SCARBOROUGH LLP
201 17th Street, NW
Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (facsimile)
