IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SVENSKA CELLULOSA ) <br> AKTIEBOLAGET SCA (publ) and SCA ) <br> HYGIENE PRODUCT GmbH (f/k/a SCA ) <br> HYGIENE PRODUCTS SE), ) <br>  ) <br> Plaintiffs, ) <br>  ) <br> v. ) <br>  ) <br> KIMBERLY-CLARK CORPORATION, ) <br> KIMBERLY-CLARK GLOBAL SALES, ) <br> LLC, and JÖRG BIEBERNICK, ) <br>  ) <br> Defendants. ) | CIVIL ACTION NO.: 1:14-CV-02166-TWT |

## ORDER

Plaintiffs' Motion for Expedited Discovery having come on before the Court for hearing, after hearing argument of counsel, and upon consideration, the Motion for Expedited Discovery is Granted in Part and Denied in Part as follows:

1.  The parties may serve on other parties reasonably limited document production requests tailored to lead to the discovery of information to support or defend against Plaintiffs' Motion for a Preliminary Injunction which requests must be served on or before 4 p.m., Monday, July 21, 2014. Responses to such requests shall be served within thirty (30) days, i.e., on or before August 20, 2014.

SGR/12190276.2

2. The parties may take, on reasonable notice, a limit of two (2) depositions within the thirty day period following the date of service of responses to the document production requests.

3. On completion of the depositions, the parties shall promptly notify the Court's Deputy Clerk, Sheila Sewell, that the depositions have been taken and the Court will schedule a hearing on Plaintiffs' Motion for Preliminary Injunction as promptly as the Court's schedule will reasonably permit.

4. Until further order of the Court, all future hearings will be in person before the Court rather than conducted telephonically.

SO ORDERED, this 30th day of July 2014.

/s/Thomas W. Thrash
THOMAS W. THRASH
United States District Judge

PREPARED AND SUBMITTED BY:
J. Rodgers Lunsford III
Ga. Bar No. 461200
SMITH, GAMBRELL & RUSSELL, LLP
Suite 3100 Promenade II
1230 Peachtree Street
Atlanta, Georgia 30309-3592
(404) 815-3500 phone
(404) 815-3509 facsimile

*Counsel for Plaintiffs Svenska Cellulosa Aktiebolaget SCA (publ) and SCA Hygiene Products SE*