# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SVENSKA CELLULOSA AKTIEBOLAGET SCA (publ) and SCA HYGIENE PRODUCT GmbH (f/k/a SCA HYGIENE PRODUCTS SE),<br><br>    Plaintiffs<br><br>    v.<br><br>KIMBERLY-CLARK CORPORATION, KIMBERLY-CLARK GLOBAL SALES, LLC, and JOERG BIEBERNICK<br><br>    Defendants | Civil Action No.<br>1:14-cv-02166-TWT |

**CONSENT ORDER SETTING A BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION AND A DATE TO RESPOND TO OR ANSWER THE AMENDED COMPLAINT**

Having considered the parties' Joint Motion for an Order Setting a Briefing Schedule For Plaintiffs' Motion for a Preliminary Injunction and to Respond to or Answer the Amended Complaint, and for good cause shown,

IT IS HEREBY ORDERED:

1. Defendants must file oppositions to Plaintiffs' Motion for Preliminary Injunction [Dkt. 4] (the "PI Motion") and answer or otherwise

respond to Plaintiffs' Amended Complaint by up to and including Friday, August 15, 2014.

2. Plaintiffs must file a reply in support of the PI Motion and oppose Defendants' motions to dismiss, if any, by up to and including Friday, September 5, 2014.

3. Defendants must file a reply in support of their respective motions to dismiss, if any, by up to and including Monday, September 15.

SO ORDERED this 31st day of July, 2014.

       /s/Thomas W. Thrash
Thomas W. Thrash, Jr., Judge
United States District Court

CONSENTED BY:

/s/ J. Rodgers Lunsford III
J. Rodgers Lunsford III
Georgia Bar No. 461200
rlunsford@sgrlaw.com

SMITH, GAMBRELL & RUSSELL LLP
Promenade, Suite 3100
1230 Peachtree Street N.E.

/s/ Christopher P. Galanek
Christopher P. Galanek
Georgia Bar No. 282390
chris.galanek@bryancave.com
John C. Bush
Georgia Bar No. 413159
john.bush@bryancave.com

BRYAN CAVE LLP

DOC ID - 21663161.2

2

6368431.1
6368431.3

| | |
|---|---|
| Atlanta, Georgia 30309<br>Telephone: 404-815-3500<br>Facsimile: 404-815-3509 | One Atlantic Center, Fourteenth Floor<br>1201 West Peachtree Street, NW<br>Atlanta, Georgia 30309-3488<br>Telephone:  404-572-6600 |
| /s/ Taleah E. Jennings<br>Ronald E. Richman<br>Admitted *Pro hac vice*<br>ronald.richman@srz.com<br>Taleah E. Jennings<br>Admitted *Pro hac vice*<br>taleah.jennings@srz.com | Facsimile:   404-572-6999<br><br>*Attorneys for Kimberly-Clark Corporation and Kimberly-Clark Global Sales, LLC*<br><br>/s/ Stephen M. Brooks |
| SCHULTE ROTH & ZABEL LLP<br>919 Third Avenue<br>New York, New York 10022<br>Telephone: 212-756-2000<br>Facsimile: 212-593-5955 | Stephen M. Brooks<br>Georgia Bar No. 085151<br>stephen.brooks@nelsonmullins.com<br>Lucas A. Westby<br>Georgia Bar No. 594008<br>lucas.westby@nelsonmullins.com |
| *Attorneys for Svenska Cellulosa Aktiebolaget SCA (publ) and SCA Hygiene Product GmbH* | NELSON MULLINS RILEY & SCARBOROUGH LLP<br>Atlantic Station<br>201 17th Street NW, Suite 1700<br>Atlanta, Georgia 30363<br>Telephone: 404-322-6000<br>Facsimile: 404-322-6050<br><br>*Attorneys for Joerg Biebernick* |